# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| RICHARD GONZALEZ § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. _____ |
| § | |
| JOHN DOE and EAN HOLDINGS, LLC § | |
| § | |
| Defendants. § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. Section 1332(a) and 1446(a), Defendant EAN Holdings, LLC ("EAN") files this Notice of Removal, hereby removing this case from the 56th Judicial District Court of Galveston County, Texas, to the United States District Court for the Southern District of Texas, Galveston Division. In support of this Notice of Removal, EAN respectfully shows the Court as follows:

**A.  State Court Action**

1. This action was originally filed by Plaintiff Richard Gonzalez on February 6, 2017 in the 56th Judicial District Court of Galveston County, Texas, and assigned Cause Number 17-CV-0146 by that court. Plaintiff's live state court petition, his First Amended Petition, asserts a negligence claim against Defendant "John Doe" and a negligent entrustment claim against Defendant EAN.

2. EAN was served with Plaintiff's state court petition on February 13, 2017.

3. EAN (along with Enterprise Holdings, Inc., which was improperly named as defendant in Plaintiff's Original Petition but removed as a defendant through the filing of

28058696.2

Plaintiff's First Amended Petition) filed an Original Answer, Plea in Abatement, and Special Exception in the state court on March 6, 2017.

### B.  Diversity Jurisdiction

4. This action is removable pursuant to 28 U.S.C. Section 1332(a).  Pursuant to Section 1332(a), federal district courts have original jurisdiction over civil actions where the matter in controversy exceeds $75,000 and where the action is between citizens of different States.  28 U.S.C. § 1332(a)(1).

5. There is a complete diversity of citizenship between the parties to this lawsuit.  Specifically:

    a. As alleged in Plaintiff's Original Petition, Plaintiff is a resident of Galveston County, Texas.

    b. Defendant EAN is a Delaware limited liability company with a principal place of business in Missouri.  Its sole member is Enterprise Holdings, Inc., a Missouri corporation with its principal place of business in Missouri.

    c. Defendant "John Doe" is disregarded for purposes of determining diversity jurisdiction in the context of this removal.  28 U.S.C. § 1441(b)(1).

6. Additionally, based on the allegations in Plaintiff's Original Petition, the amount in controversy exceeds $75,000 (exclusive of interest and costs).  Specifically, Plaintiff alleges that he is seeking monetary relief over $200,000 but not more than $1,000,000.

### C.  Timeliness of Removal and Non-Waiver of Defenses

7. This removal is timely.  As indicated above (*supra* ¶ 2), EAN was served with Plaintiff's state court petition on February 13, 2017.  This Notice of Removal was filed within 30-days thereof, and is therefore timely under 28 U.S.C. Section 1446(b).

8. By removing this action to this Court, EAN does not waive any defense available to it.

28058696.2

### E.  Propriety of Removal to this Court

9.  The 56th Judicial District Court of Galveston County, Texas is located within the Southern District of Texas, Galveston Division.  Consequently, pursuant to 28 U.S.C. Section 1441(a), this action is properly removed to this Court.

### F.  State Court Documents Attached

10.  In accordance with Local Rule 81, this Notice of Removal is accompanied by an Index of Matters Being Filed (Ex. 1), which identifies the following additional attachments:

  a.  All executed process in the case, comprising the executed process issued to Defendant EAN (Ex. 2) and to the former defendant Enterprise Holdings, Inc. (Ex. 3);

  b.  Pleadings asserting causes of action and all answers to such pleadings, comprising Plaintiff's Original Petition and First Set of Discovery (Ex. 4), Defendants EAN and Enterprise Holdings, Inc.'s Original Answer, Plea in Abatement, and Special Exception (Ex. 5), and Plaintiff's First Amended Petition (Ex. 6);

  c.  All orders signed by the state judge, comprising a notice of a status conference to be held on May 4, 2017 (Ex. 7);

  d.  The state court docket sheet (Ex. 8); and

  e.  A list of counsel of record, including addresses, telephone numbers, and parties represented (Ex. 9).

### G.  Notice to State Court and Plaintiff

11.  Pursuant to 28 U.S.C. Section 1446(d), EAN will, contemporaneously with the filing of this Notice of Removal in this Court, file a copy of this Notice of Removal with the 56th Judicial District Court of Galveston County, Texas.  EAN will also provide Plaintiff with written notice of the filing of this Notice of Removal.

## CONCLUSION & PRAYER

For those reasons set forth herein, Defendant EAN Holdings, LLC prays that the United States District Court for the Southern District of Texas, Galveston Division, accepts this Notice of Removal and assumes jurisdiction of this cause, and that it issues such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

Dated:  March 13, 2017

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

*/s/  Seth Isgur*

Seth Isgur
State Bar No. 24054498
Federal I.D. No. 918729
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Telephone:  713.651.5151
Facsimile:  713.651.5246
Email:   seth.isgur@nortonrosefulbright.com

Attorney-in-Charge for Defendant EAN Holdings, LLC

OF COUNSEL:

Reagan M. Brown
State Bar No. 03162200
Federal I.D. No. 4644
reagan.brown@nortonrosefulbright.com
Peter C. Tipps
State Bar No.  24070748
Federal I.D. No. 1070319
peter.tipps@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone: 713.651.5151
Telecopier: 713.651.5246

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2017, a copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure upon:

Brandon Schilter and John A Daspit
Daspit Law Firm
440 Louisiana St., Suite 1400
Houston, Texas 77002
e-service@daspitlaw.com

        */s/  Seth Isgur*
        Seth Isgur