UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RICHARD GONZALEZ, | § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-78 |
| JOHN DOE, *et al*, | § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In this negligent entrustment case, the plaintiff and the rental car company entered a stipulation of dismissal (Dkt. 12), leaving only the plaintiff's claims against the driver of the rental car—whom the plaintiff sued as a John Doe and who remains unnamed—for trial. The Court held docket call on January 8, 2019, and no party appeared. Pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent power to control its docket, the Court will **DISMISS** this case **without prejudice** for failure to prosecute. *See Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985). **THIS IS A FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 10th day of January, 2019.

_____
George C. Hanks Jr.
United States District Judge